MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

1830
m̃D

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: **Shannon & Tesha Ramstad**                    Chapter 7 Case No. **09-32445**

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Creditors Service Company<br>222 2nd Ave SE, Ste A<br>Perham, MN  56573 | 1 | $236.08 | $2.14 |

Dated:    February 25, 2010

_____
MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN  55903-0549
TELEPHONE (507) 288-9111

RECEIVED 10 FEB 26 AM 9:38 U.S. BANKRUPTCY COURT ST. PAUL, MN